IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. RING, Inmate #B29085, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL NO. 07-306-DRH |
| JUDGE TERENCE T. EVANS, JUDGE ) | |
| JOHN L. COFFEY, JUDGE DIANE S. ) | |
| SYKES, and JUDGE HAROLD A. ) | |
| BAKER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee for this action by June 18, 2007, and no payment has been received within the allotted time.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

June 20, 2007                      By:   /s/    David  RHerndon
*Date*                                   *District Judge*